IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THE PARKER CORPORATION d/b/a
INTERNATIONAL ARTS,

    Plaintiff,

vs.                                    No. 05-2939-B/P

THE FREDERIK MEIJER GARDENS &
SCULPTURE PARK, INC.,

    Defendant.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. Scott D. Broekstra has moved to appear pro hac vice for defendant in this action. Mr. Broekstra is licensed to practice law in the State of Michigan and is a member in good standing of the United States District Courts for the Western District of Michigan. For good cause shown, that motion is granted. It is hereby ordered that Scott D. Broekstra be admitted pro hac vice and may actively participate in this action before this court.

IT IS SO ORDERED.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

12/28/05
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/30/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02939 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Scott D. Broekstra
DYKEMA GOSSETT PLLC
300 Ottawa Ave., N.W.
Ste. 700
Grand Rapids, MI 49503

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Richard J. Myers
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT